UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **JOSHUA BINETTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.   **2:16-cv-612-GZS** |
| ) | |
| **YORK COUNTY DEPARTMENT** ) | |
| **OF CORRECTIONS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 9) filed February 10, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(a).

　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Z. Singal___
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 16th day of March, 2017.